## George T. Harz, Appellant, v. City of Chicago et al., Appellees.

Gen. No. 44,349.

opinion filed April 12, 1948; rehearing denied April 23, 1948; released for publication April 23, 1948; Joseph G. Branch, for appellant; Benjamin S. Adamowski, Corporation Counsel, Ralph K. Ball, Anan Raymond, Joseph C. Owens, and Tenney, Sherman, Rogers & Guthrie, for appellees; L. Louis Karton, Head of Appeals and Review Division, Sydney R. Drebin, Assistant Corporation Counsel, Poppenhusen, Johnston, Thompson & Raymond, Henry F. Tenney and L. Dow Nichol, Jr., of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.

## Allied Credit Service, Appellant, v. Theodore Polcyn, Defendant. Dan S. Zehr, Nellie J. Zehr and Dean S. Zehr, Appellees.

Gen. No. 44,333.